UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA JOHNSON,

Plaintiff,

-vs- Case No. 8:16-cv-317-T-23JSS

NAVIENT SOLUTIONS, INC.,

Defendant.
___________________________________/

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

COMES NOW the Plaintiff, TINA JOHNSON, and the Defendant, NAVIENT SOLUTIONS, INC., by and through the undersigned and hereby stipulate and agree that this case has been settled and should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs.

Respectfully submitted this 26th day of May, 2016.

*/s/Octavio Gomez*________
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
Florida Bar No. 0338620
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
TGomez@ForThePeople.com
Attorneys for Plaintiff

*/s/Dayle M. Van Hoose*_________
Dayle M. Van Hoose, Esquire
Sessions, Fishman, Nathan & Isreal, LLP
Florida Bar No. 0016277
3350 Buschwood Park Drive, Ste 195
Tampa, FL 33618
Tele: (813) 890-2463
dvanhoose@sessions.legal
Attorneys for Defendant